**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

       - against -                      10cr207 (JGK)

**RALPH TAYLOR**                               <u>ORDER</u>

              **Defendant.**

**JOHN G. KOELTL, District Judge:**

If the defendant would otherwise be released from custody other than because of the existence of the warrant as a detainer, the Court will vacate the warrant and issue a summons for the defendant's appearance. The parties should advise the Court of further developments.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 4, 2020**                        /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                        **United States District Judge**